1
2
3
4
5

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLEN JAMAHL WILLIAMS,<br><br>Defendant. | NO. CR07-001-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 26, 2011.  The United States was represented by Assistant United States Attorney Susan Loitz, and the defendant by Robert Leen.

The defendant had been charged and convicted of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, and Aggravated Identity Theft, in violation of 18 U.S.C. §§ 1028(A) and 2.  On or about August 3, 2007, defendant was sentenced by the Honorable Robert S. Lasnik to 24 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $91,812.50 restitution, search, no entering gambling establishments, and no ID other than in true legal name.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated April 14, 2011, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

1. Failing to make regular restitution payments since November 2010, in violation of the special condition that the defendant make regular monthly payments.
2. Using cocaine on or before March 10, 2011, in violation of standard condition number 7.

The defendant was advised of his rights and admitted alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on May 12, 2011 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 26th day of April, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:       Honorable Robert S. Lasnik
    AUSA:                 Susan Loitz
    Defendant's attorney: Robert Leen
    Probation officer:    Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2